UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR158-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **FINAL ORDER AND** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| SERAFIN YOVANNI ALVARADO. ) | |

On February 20, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's conviction on Count One in the Bill of Indictment. On March 25, April 1 and April 8, 2008, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

Based on the record in this case, including the affidavit submitted with the Motion for Preliminary Order of Forfeiture and defendant's admissions by his pleas of guilty to the charges in Count One, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the defendant had an interest in the property listed below that is forfeitable under 21 U.S.C. §853(p). The Preliminary Order of Forfeiture has therefore become final as to this property, and it is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

It is therefore ORDERED, ADJUDGED AND DECREED that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

**One (1) Hipoint 9mm semi-automatic pistol.**

SO ORDERED.

Signed: June 12, 2008

Frank D. Whitney
United States District Judge